MANDATE

02-cv-1840
Nevas
FILED (brct)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SAMUEL SOLIS,
Petitioner,

DKT. # 03-2010

2004 JAN 16  P 12: 09

US DISTRICT COURT
BRIDGEPORT CT

JOHN ASHCROFT, Attorney
General of the United States,
Respondent.

DECEMBER 17, 2003

JAN 6 2004

## STIPULATION AND ORDER OF SETTLEMENT AND WITHDRAWAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. The petitioner's appeal is hereby withdrawn with prejudice and without costs or attorney's fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

2. Upon the filing of a completed Form I-601, an application for permission to reapply for adjustment of status based upon petitioner's current marriage and/or petitioner's paternity of one or more of his United States citizen children, along with any required documents to support any and all grounds for waivers of inadmissibility on behalf of the petitioner, the respondent agrees to expedite the administrative review process. Once a completed application is filed at respondent's Vermont service center it will be processed and adjudicated in approximately one week.

3. Petitioner will file his approved Form I-130, along with any additional required supporting documentation, with the United States Consulate in Ecuador and will complete the

Certified:    JAN 6 2004

United States Department of State immigrant visa application package.

The respondent agrees to take no position regarding the merits of petitioner's applications referenced above.

Dated: December 22, 2003

                                    KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY

                                    WILLIAM M. BROWN, JR.
                                    ASSISTANT UNITED STATES ATTORNEY
                                    157 CHURCH STREET
                                    NEW HAVEN, CONNECTICUT 06510
                                    (203) 821-3700
                                    FEDERAL BAR NO. ct20813

Dated: December 17, 2003

                                    ATTORNEY ROBERTO TSCHUDIN LUCHEME
                                    41 HEBRON AVENUE
                                    GLASTONBURY, CT 06033
                                    COUNSEL FOR PETITIONER
                                    (860) 633-1962
                                    FEDERAL BAR NO. ct09 911

So Ordered: JAN 6 2004

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
Arthur S. Heller, Motions Staff Attorney

TRUE COPY
ROSEANN B. MacKECHNIE, CLERK